UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP SULLIVAN, JR. on behalf of himself
and all others similarly situated,
                                 Plaintiff,

        -against-

JERSEY STRONG LICENSING LLC,
                               Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/19

18 CIVIL 7753 (RA)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 12, 2019, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
          July 12, 2019

                                                    RUBY J. KRAJICK
                                                   Clerk of Court
                              BY:
                                                      Deputy Clerk